11:00 AM

## PROCEEDING MEMO

Date: July 13, 2016

In re: Melanie K Petridis

Bankruptcy No. 13-22927-CMB
Chapter 13
Doc. # 122

**Appearances:**

   Movant(s):    Dai Rosenblum

   Respondent(s):   James A. Prostko; ~~Winnecour / Pail / Bedford /~~ Katz

   Creditor(s):

Nature of Proceeding:   Debtor's Motion to Extend Loss Mitigation Period

Additional Pleadings:   #125 Response by BAC Home Loans, LP

Note: Loss Mitigation Period extended to July 13, 2016

**Judge's Notes:**

Debtor: Progress made. Need to amend Schedule I.
Package is almost complete.
LMP extended to 8/30.

**Outcome:**

\_\_\_\_\_ Motion is GRANTED   ✓ Order entered

\_\_\_\_\_ Motion is DENIED   \_\_\_\_\_ Order entered

\_\_\_\_\_ Motion WITHDRAWN

\_\_\_\_\_ Motion is DISMISSED  \_\_\_\_\_ Order entered

\_\_\_\_\_ Reschedule for Proper Service

\_\_\_\_\_ Case DISMISSED  \_\_\_\_\_ Order entered

\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_ days

\_\_\_\_\_ CONTINUED MATTER: \_\_\_\_\_ for at least \_\_\_\_\_ days (Court to Issue Order)

\_\_\_\_\_ to hearing date of \_\_\_\_\_

\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE

   \_\_\_\_\_ Discovery time needed \_\_\_\_\_ days

   \_\_\_\_\_ Briefs to be filed:  Movant(s) brief due \_\_\_\_\_ days
                               Respondent(s) brief due \_\_\_\_\_ days
                               Trustee's brief due \_\_\_\_\_ days

FILED
7/14/16 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm**
U. S. Bankruptcy Judge