**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                          )
                                                )
MELANIE K. PETRIDIS,                            ) Case No: 13-22927-CMB
                                                )
      Debtor(s).                             ) Chapter 13
                                                )
MELANIE K. PETRIDIS,                            )
                                                )
      Movant(s),                             )
                                                ) Document No.: 122
      v.                                     )
                                                )
                                                )
BAC HOME LOANS, LP,                             )
                                                )
      Respondent.                            )
                                                )
RONDA J. WINNECOUR, Trustee.                    )

**ORDER OF COURT**

A Loss Mitigation Order dated August 23, 2013, was entered in the above matter at Document No. 19. On June 15, 2016, a Motion to Extend the Loss Mitigation Period was filed by the Movant at Document No. 122.

AND NOW, this ___14th___ day of ___July___, 20_16_, it is hereby ORDERED, ADJUDGED AND DECREED that the loss mitigation period is extended up to and including, __Aug 30, 2016__, 20___.

_____
Judge Carlota M. Böhm
United States Bankruptcy Court

FILED
7/14/16 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-22927-CMB
Melanie K Petridis                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel          Page 1 of 1        Date Rcvd: Jul 14, 2016
                           Form ID: pdf900      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2016.
db            +Melanie K Petridis,   164 Mulberry Lane,   Slippery Rock, PA 16057-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor   JP Morgan Chase Bank NA agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Dai Rosenblum   on behalf of Debtor Melanie K Petridis dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
          James A. Prostko   on behalf of Creditor   Bank Of America, N.A. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Joseph P. Schalk   on behalf of Creditor   Bank Of America, N.A. pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Matthew Gregory Brushwood   on behalf of Creditor   Bank Of America, N.A. pawb@fedphe.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Robert P. Wendt   on behalf of Creditor   Bank Of America, N.A., et. al. pawb@fedphe.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                      TOTAL: 8