# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MELANIE K PETRIDIS | | |
| **Case Number:** | 13-22927-CMB | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JULY 28, 2016 10:00 AM  3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

### *Matter:*

#2 - Continued Confirmation of Plan Dated 6/20/13 NFC

**R / M #:** 2 / 0

FILED
8/1/16 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Appearances:*

Debtor:  *Rosenblum*

Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

### *Proceedings:*  *LMP progressing*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to *12-15-16* at *10:00* .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: