UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re: )
)
MELANIE K. PETRIDIS, ) Case No: 13-22927-CMB
)
Debtor(s). ) Chapter 13
)
MELANIE K. PETRIDIS, )
)
Movant(s), )
) Document No.: 122
v. )
)
)
BAC HOME LOANS, LP, )
)
Respondent. )
)
RONDA J. WINNECOUR, Trustee. )

## ORDER OF COURT

A Loss Mitigation Order dated August 23, 2013, was entered in the above matter at Document No. 19. On November 15, 2016, a Motion to Extend the Loss Mitigation Period was filed by the Movant at Document No. 140.

AND NOW, this __2nd__ day of __December__, 20__16__, it is hereby ORDERED, ADJUDGED AND DECREED that the loss mitigation period is extended up to and including, __January 17__, 20__17__.

Judge Carlota M. Böhm
United States Bankruptcy Court

**kmt**

FILED
12/2/16 4:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-22927-CMB
Melanie K Petridis                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: kthe              Page 1 of 1            Date Rcvd: Dec 02, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2016.
db              +Melanie K Petridis,    164 Mulberry Lane,    Slippery Rock, PA 16057-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    JP Morgan Chase Bank NA agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Dai Rosenblum    on behalf of Debtor Melanie K Petridis dunmyrem@zoominternet.net,
       dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
      James A. Prostko    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      Joseph P. Schalk    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
       joseph.schalk@phelanhallinan.com
      Matthew Gregory Brushwood    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Robert P. Wendt    on behalf of Creditor    Bank Of America, N.A., et. al. pawb@fedphe.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                          TOTAL: 8