# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | MELANIE K PETRIDIS |
| Case Number: | 13-22927-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 15, 2016 10:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
12/20/16 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#2 - Continued Confirmation of Plan Dated 6/20/2013 - NFC
R / M #:  2 / 0

*Appearances:*

Debtor: Rosenblum
Trustee: Winnecour / Bedford / (Pail) / Katz
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to 3/19/17 at 11:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/7/2016    1:52:04PM