# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| MELANIE K. PETRIDIS, | ) Case No: 13-22927-CMB |
| | ) |
| Debtor(s). | ) Chapter 13 |
| | ) |
| MELANIE K. PETRIDIS, | ) |
| | ) |
| Movant(s), | ) |
| | ) |
| v. | ) |
| | ) Related to Document No.: 146. 147 |
| | ) |
| BAC HOME LOANS, LP, | ) Hearing Date: 02/22/2017 |
| | ) |
| Respondent. | ) Hearing Time: 10:00 AM |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) Response Deadline: 01/26/2017 |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Mortgage Modification Agreement filed on January 9, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Mortgage Modification Agreement appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Mortgage Modification Agreement were to be filed and served no later than January 26, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Approve Mortgage Modification Agreement be entered by the Court.

January 30, 2017

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtor
254 New Castle Road, Suite B
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dailaw@earthlink.net