**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| MELANIE K. PETRIDIS, | ) Case No: 13-22927-CMB |
| | ) |
| Debtor(s). | ) Chapter 13 |
| | ) |
| MELANIE K. PETRIDIS, | ) |
| | ) |
| Movant(s), | ) |
| | ) Document No.: 146 |
| v. | ) |
| | ) Related to Document No.: 19 |
| | ) |
| BAC HOME LOANS, LP, | ) Hearing Date: 02/22/2017 |
| | ) |
| Respondent. | ) Hearing Time: 10:00 AM |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) Response Deadline: 01/26/2017 |

**ORDER GRANTING MOTION TO APROVE**
**MORTGAGE MODIFICATION AGREEMENT**

**AND NOW**, this __1st__ *day of* _____February_____, 20__17__ , on consideration of the Debtor's Motion to Approve Mortgage Modification Agreement, with good cause shown,

It is hereby **ORDERED, ADJUDGED and DECREED** that the request to grant the Movant's Motion for Approval of the Mortgage Modification Agreement with Bank of America, N.A., in its entirety as attached to the Motion, is **GRANTED**.

**It is further Ordered** that the Mortgage Modification Agreement as attached to the Motion is approved in its entirety, with the following provisions of such to be incorporated as applicable into an Amended Chapter 13 Plan:

a. New Principal Balance: $134,620.67.

b. New Maturity Date: November 1, 2056.

c. New Principal & Interest Monthly Payment: $531.65.

d. New term: 480 months.

e. Capitalized Arrearage: $48,190.16.

f. New Interest Rate: 3.625%.

g. Balloon payment: n/a.


**It is further Ordered** that Debtor's Counsel shall file an amended Chapter 13 Plan, incorporating the terms of this mortgage modification agreement within 14 days of this Order.

**It is further Ordered** that Debtor's Counsel is may accept a $1,000.00 "no-look" fee for services related to this mortgage modification.

**It is further Ordered** that Bank of America, N.A. shall amend their Proof of Claim incorporating the changes as listed in the Mortgage Modification Agreement within 90 days of this Order.

*[Signature]*                                         **kmt**
Judge Carlota M. Böhm
United States Bankruptcy Court

FILED
2/1/17 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Melanie K Petridis  
    Debtor

Case No. 13-22927-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Feb 01, 2017  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.  
db        +Melanie K Petridis,    164 Mulberry Lane,    Slippery Rock, PA 16057-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2017 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    JP Morgan Chase Bank NA agornall@goldbecklaw.com,  
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Dai Rosenblum    on behalf of Debtor Melanie K Petridis dunmyrem@zoominternet.net,  
       dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com  
       James Warmbrodt    on behalf of Creditor    JP Morgan Chase Bank NA bkgroup@kmllawgroup.com  
       James A. Prostko    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,  
       james.prostko@phelanhallinan.com  
       Joseph P. Schalk    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,  
       joseph.schalk@phelanhallinan.com  
       Matthew Gregory Brushwood    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Robert P. Wendt    on behalf of Creditor    Bank Of America, N.A., et. al. pawb@fedphe.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                        TOTAL: 9