**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| MELANIE K. PETRIDIS, | ) Case No: 13-22927-CMB |
| | ) |
| Debtor(s). | ) Chapter 13 |
| | ) |
| MELANIE K. PETRIDIS, | ) |
| | ) |
| Movant(s), | ) |
| | ) |
| v. | ) |
| | ) Related to Document No.: 150 |
| | ) |
| BAC HOME LOANS, LP, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION FOR APPROVAL
OF MORTGAGE MODIFICATION AGREEMENT**

      I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on February 7, 2017. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

Melanie K. Petridis
164 Mulberry Lane
Slippery Rock, PA 16057

Matthew Gregory Brushwood
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

James A. Prostko
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street
Suite 300
Pittsburgh, PA 15219

Alliance One
P.O. Box 3107
Southeastern, PA 19398-3107

ALTAIR OH XIII, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

BAC Home Loans LP
450 American Street
Simi Valley, CA 93065

Bank of America
Bankruptcy Dept.
P.O. Box 15168
Wilmington, DE 19850-5168

Bank of America, NA
7105 Corporate Drive
Plano, TX 75024

Butler Memorial Hospital
P.O. Box 37171
Baltimore, MD 21297-3171

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

CAPITAL ONE BANK (USA), N.A.
PO Box 12907
Norfolk VA 23541

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Chase Freedom/Chase Card Services
P.O. Box 15298
Wilmington, DE 19886-5153

Credit Management Company
P.O. Box 16346
Pittsburgh, PA 15242-0346

Direct Merchant Bank
Cardmember Services
P.O. Box 5894
Carol Stream, IL 60197-5894

ER Solutions
P.o. Box 9004
Renton, WA 98057

Fannie Mae
3900 Wisconsin Ave NW
Washington, DC 20016

Flagstar Bank, FSB
5151 Corporate Drive, Suite 200
Troy, MI 48098

George Petridis
164 Mulberry Lane
Slippery Rock, PA 16057

Indiana Regional Medical Center
P.O. Box 788
Indiana, PA 15701-0788

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
P.O. Box 24785
Columbus, OH 43224

NAFS
165 Lawrence Bell Drive
Ste. 100
Buffalo, NY 14231-9027

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg PA 17128-0946

Phelan Hallinan Schmieg
555 Grant St.
Suite 360
Pittsburgh, PA 15219

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541

Richard J. Boudreau, Esq
5 Industrial Way
Salem, NH 03079

Sunrise Credit Services Inc.
P.O. Box 9100
Farmingdale, NY 11735-9100

***Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):***

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**James Prostko**
**Bank Of America, N.A.**
James.Prostko@phelanhallinan.com

**Matthew Gregory Brushwood**
**Joseph P. Schalk**
**Robert P. Wendt**
**Bank Of America, N.A.**
pawb@fedphe.com

**James Warmbrodt**
**JP Morgan Chase Bank N.A.**
bkgroup@kmllawgroup.com


Executed on: February 7, 2017

__/s/_Dai_Rosenblum,_Esq.___
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dailaw@earthlink.net