**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/03/2017

IN RE:

MELANIE K PETRIDIS
164 MULBERRY LANE
SLIPPERY ROCK, PA  16057
XXX-XX-0114          Debtor(s)

Case No.13-22927 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/3/2017

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **BANK OF AMERICA(*)**<br>7105 CORPORATE DR<br><br>PLANO, TX 75024 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 0.00<br>COMMENT: LOAN MOD @ 25 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9959 |
| **ALLIANCE ONE**<br>POB 2449<br><br>GIG HARBOR, WA 98335 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5121079601936393 |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br><br>NEWARK, DE 19713 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5490355500249986 |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br><br>BUTLER, PA 16001 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 64595747 |
| **ALTAIR OH XIII LLC**<br>C/O WEINSTEIN PINSON & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA 98124-3978 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 2,593.34<br>COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6760 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC 28269 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4251 |
| **JPMORGAN CHASE BANK NA**<br>NATIONAL PAYMENT SVCS<br>POB 24785<br>MC OH4-7164<br>COLUMBUS, OH 43224-0785 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,793.71<br>COMMENT: | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 3544 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,090.12<br>COMMENT: CHASE BANK USA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7534 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 440.49<br>COMMENT: HSBC*FR CAPITAL ONE-DOC 32 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6029 |
| **FANNIE MAE**<br>13100 WORLDGATE DR<br><br>HERNDON, VA 20170 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

CLAIM RECORDS    Case 13-22927-CMB    Doc 161    Filed 04/03/17    Entered 04/03/17 15:11:43    Desc
Page 4 of 5

| | | |
|---|---|---|
| **FLAGSTAR BANK FSB** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BANKRUPTCY DEPT | Court Claim Number: | ACCOUNT NO.:  ? |
| 5151 CORPORATE DR | | |
| | CLAIM:  0.00 | |
| TROY, MI  48098-2639 | COMMENT:  FORECLOSURE ON FORMER RESID~DISPUTED/SCH | |
| **INDIANA REGIONAL MEDICAL CNTR** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 835 HOSPITAL RD | Court Claim Number: | ACCOUNT NO.:  103210371 AND 3835271 |
| POB 788 | | |
| | CLAIM:  0.00 | |
| INDIANA, PA  15701 | COMMENT:  NT ADR/SCH | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number: | ACCOUNT NO.:  0114:12 |
| PO BOX 7317 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  1099 A AND 1099C~DISPUTED/SCH | |
| **NAFS++** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 9027 | Court Claim Number: | ACCOUNT NO.:  61419543 |
| | CLAIM:  0.00 | |
| WILLIAMSVILLE, NY  14231 | COMMENT:  CHASE/SCH | |
| **BOUDREAU & ASSOCIATES LLC** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTORNEYS AT LAW | Court Claim Number: | ACCOUNT NO.:  5121079601936393 |
| 50-55 TOWER OFFICE PARK | | |
| | CLAIM:  0.00 | |
| WOBURN, MA  01801 | COMMENT:  LVNV SEARS/SCH | |
| **SUNRISE CREDIT SVCS INC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 260 AIRPORT PLAZA | Court Claim Number: | ACCOUNT NO.:  7824035 |
| POB 9100 | | |
| | CLAIM:  0.00 | |
| FARMINGDALE, NY  11735-9100 | COMMENT:  BOA/SCH | |
| **ER SOLUTIONS** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 9004 | Court Claim Number: | ACCOUNT NO.:  G14314869 |
| | CLAIM:  0.00 | |
| RENTON, WA  98055 | COMMENT:  BOA/SCH | |
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:1 | ACCOUNT NO.:  ...0114 |
| STRAWBERRY SQ | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17128 | COMMENT:  NtPROV/PL*NT/SCH*DKT*CL @ 1951.44 W/DRAWN-DOC 26 | |
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:1 | ACCOUNT NO.:  ...0114 |
| STRAWBERRY SQ | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17128 | COMMENT:  NT/SCH*CL @ 290.64 W/DRAWN-DOC 26 | |
| **BANK OF AMERICA(*)** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| 7105 CORPORATE DR | Court Claim Number:2 | ACCOUNT NO.:  9959 |
| | CLAIM:  0.00 | |
| PLANO, TX  75024 | COMMENT:  LOAN MOD @ 25 | |

# CLAIM RECORDS

| | | |
|---|---|---|
| **BANK OF AMERICA(*)** | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| 7105 CORPORATE DR | Court Claim Number:2 | ACCOUNT NO.: 9959 |
| | CLAIM: 22,784.26 | |
| PLANO, TX  75024 | COMMENT: LOAN MOD @ 25 | |
| **ANDREW F GORNALL ESQ** | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: JPMORGAN CHASE/PRAE | |
| **BANK OF AMERICA(*)** | Trustee Claim Number:23  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| 7105 CORPORATE DR | Court Claim Number:2 | ACCOUNT NO.: 9959 |
| | CLAIM: 0.00 | |
| PLANO, TX  75024 | COMMENT: NT PROV/PL*AMD NTC-POSTPET FEE/EXP$700*REF CL*W20*LOAN MOD. | |
| **BANK OF AMERICA(*)** | Trustee Claim Number:24  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| 7105 CORPORATE DR | Court Claim Number:2 | ACCOUNT NO.: 9959 |
| | CLAIM: 0.00 | |
| PLANO, TX  75024 | COMMENT: SUPP NTC 700.00 ~ W/D DOC 86 | |
| **BANK OF AMERICA**** | Trustee Claim Number:25  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| RETAIL PAYMENT SERVICES | Court Claim Number:2-2 | ACCOUNT NO.: 9959 |
| PO BOX 660933 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX  75266-0933 | COMMENT: PMT/LOAN MOD*BGN 12/16*806.93X 2+2=LMT*AMD | |