**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Melanie K Petridis**
**dba Petridis Fine Art**
Debtor(s)

Bankruptcy Case No.: 13–22927–CMB

Chapter: 13
Docket No.: 167 – 166

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 27th day of July, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/11/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/27/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/11/17.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-22927-CMB
Melanie K Petridis                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: 408            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
```
db           +Melanie K Petridis,    164 Mulberry Lane,    Slippery Rock, PA 16057-1001
13673009     +BAC Home Loans LP,    450 American Street,    Simi Valley, CA 93065-6285
14383145      BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
13673010      Bank of America,    Bankruptcy Dept.,    P.O. Box 15168,    Wilmington, DE 19850-5168
13714368     +Bank of America, NA,    7105 Corporate Drive,    Plano, TX 75024-4100
13673011      Butler Memorial Hospital,    P.O. Box 37171,    Baltimore, MD 21297-3171
13673013    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,    P.O. Box 5155,    Norcross, GA 30091)
13730093     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13673012      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13673014      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13673015      Chase Freedom/Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19886-5153
13673017      Direct Merchant Bank,    Cardmember Services,    P.O. Box 5894,    Carol Stream, IL 60197-5894
13673018     +ER Solutions,    P.o. Box 9004,    Renton, WA 98057-9004
13673019     +Fannie Mae,    3900 Wisconsin Ave NW,    Washington, DC 20016-2892
13673021     +George Petridis,    164 Mulberry Lane,    Slippery Rock, PA 16057-1001
13673022      Indiana Regional Medical Center,    P.O. Box 788,    Indiana, PA 15701-0788
13751364     +JPMorgan Chase Bank, N.A.,    P.O. Box 24785,    Columbus, OH 43224-0785
13673024     +NAFS,    165 Lawrence Bell Drive,    Ste. 100,    Buffalo, NY 14221-7900
13673025     +Phelan Hallinan Schmieg,    555 Grant St.,    Suite 360,    Pittsburgh, PA 15219-4411
13673026     +Richard J. Boudreau, Esq.,    5 Industrial Way,    Salem, NH 03079-4866
13673027      Sunrise Credit Services Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 01:23:58
              PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13730035     +E-mail/Text: bncmail@w-legal.com Jul 28 2017 01:21:09     ALTAIR OH XIII, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13673008      E-mail/Text: roy.buchholz@allianceoneinc.com Jul 28 2017 01:20:30      Alliance One,
              P.O. Box 3107,    Southeastern, PA 19398-3107
13673016      E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 28 2017 01:21:20
              Credit Management Company,    P.O. Box 16346,    Pittsburgh, PA 15242-0346
13673020      E-mail/Text: cashiering-administrationservices@flagstar.com Jul 28 2017 01:21:27
              Flagstar Bank, FSB,    5151 Corporate Drive, Suite 200,    Troy, MI 48098
13673023      E-mail/Text: cio.bncmail@irs.gov Jul 28 2017 01:20:35     Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13747005      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 01:24:05
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13873069      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 01:24:05
              Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13678923      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:20:53
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg PA 17128-0946
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank Of America, N.A.
cr             Bank Of America, N.A., et. al.
cr             JP Morgan Chase Bank NA
cr*            Pennsylvania Department Of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA   17128-0946
                                                                                   TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2      User: kthe              Page 2 of 2           Date Rcvd: Jul 27, 2017
                          Form ID: 408            Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    JP Morgan Chase Bank NA agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Dai  Rosenblum    on behalf of Debtor Melanie K Petridis dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          James  Warmbrodt    on behalf of Creditor    JP Morgan Chase Bank NA bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jerome B. Blank    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Matthew Gregory Brushwood    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert P. Wendt    on behalf of Creditor    Bank Of America, N.A., et. al. pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```