**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MELANIE K PETRIDIS

    Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
      vs.
No Repondents.

Case No.:13-22927

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/11/2013 and confirmed on 8/28/13. The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 51,568.00 |
| Less Refunds to Debtor | 13,701.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 37,866.60 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,181.00 | |
|   Trustee Fee | 1,949.03 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,130.03 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9959 | | | | |
|   BANK OF AMERICA(*) | 22,784.26 | 22,784.26 | 0.00 | 22,784.26 |
|     Acct: 9959 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 4,034.65 | 0.00 | 4,034.65 |
|     Acct: 9959 | | | | |
|   BANK OF AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9959 | | | | |
| | | | | 26,818.91 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ | 2,181.00 | 2,181.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MELANIE K PETRIDIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MELANIE K PETRIDIS | 13,701.40 | 13,701.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAI ROSENBLUM ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0114 | | | | |
|   BANK OF AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9959 | | | | |
|   BANK OF AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9959 | | | | |
|        ***NONE*** | | | | |
| **Unsecured** | | | | |
|   ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX6393 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX9986 | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX5747 | | | | |
|   ALTAIR OH XIII LLC | 2,593.34 | 2,593.34 | 0.00 | 2,593.34 |

13-22927                                                                                                    Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6760 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4251 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 1,090.12 | 1,090.12 | 0.00 | 1,090.12 |
| Acct: 7534 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 440.49 | 440.49 | 0.00 | 440.49 |
| Acct: 6029 | | | | |
|   FANNIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   FLAGSTAR BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   INDIANA REGIONAL MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXX5271 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4:12 | | | | |
|   NAFS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX9543 | | | | |
|   BOUDREAU & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX6393 | | | | |
|   SUNRISE CREDIT SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4035 | | | | |
|   ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX4869 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0114 | | | | |
|   JPMORGAN CHASE BANK NA | 1,793.71 | 1,793.71 | 0.00 | 1,793.71 |
| Acct: 3544 | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,917.66 |

TOTAL PAID TO CREDITORS                                                                                32,736.57

TOTAL
CLAIMED           0.00
PRIORITY     22,784.26
SECURED       5,917.66

Date: 07/25/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MELANIE K PETRIDIS

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:13-22927

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              _____
                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-22927-CMB
Melanie K Petridis                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: kthe              Page 1 of 2              Date Rcvd: Jul 27, 2017
                               Form ID: pdf900         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
```
db             +Melanie K Petridis,    164 Mulberry Lane,    Slippery Rock, PA 16057-1001
13673009       +BAC Home Loans LP,    450 American Street,    Simi Valley, CA 93065-6285
14383145        BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
13673010        Bank of America,    Bankruptcy Dept.,    P.O. Box 15168,    Wilmington, DE 19850-5168
13714368       +Bank of America, NA,    7105 Corporate Drive,    Plano, TX 75024-4100
13673011        Butler Memorial Hospital,    P.O. Box 37171,    Baltimore, MD 21297-3171
13673013      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,    P.O. Box 5155,    Norcross, GA 30091)
13730093       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13673012        Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13673014        Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13673015        Chase Freedom/Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19886-5153
13673017        Direct Merchant Bank,    Cardmember Services,    P.O. Box 5894,    Carol Stream, IL 60197-5894
13673018       +ER Solutions,    P.o. Box 9004,    Renton, WA 98057-9004
13673019       +Fannie Mae,    3900 Wisconsin Ave NW,    Washington, DC 20016-2892
13673021       +George Petridis,    164 Mulberry Lane,    Slippery Rock, PA 16057-1001
13673022        Indiana Regional Medical Center,    P.O. Box 788,    Indiana, PA 15701-0788
13751364       +JPMorgan Chase Bank, N.A.,    P.O. Box 24785,    Columbus, OH 43224-0785
13673024       +NAFS,    165 Lawrence Bell Drive,    Ste. 100,    Buffalo, NY 14221-7900
13673025       +Phelan Hallinan Schmieg,    555 Grant St.,    Suite 360,    Pittsburgh, PA 15219-4411
13673026       +Richard J. Boudreau, Esq.,    5 Industrial Way,    Salem, NH 03079-4866
13673027        Sunrise Credit Services Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 01:24:05
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13730035       +E-mail/Text: bncmail@w-legal.com Jul 28 2017 01:21:09      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13673008        E-mail/Text: roy.buchholz@allianceoneinc.com Jul 28 2017 01:20:30       Alliance One,
                 P.O. Box 3107,    Southeastern, PA 19398-3107
13673016        E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 28 2017 01:21:20
                 Credit Management Company,    P.O. Box 16346,    Pittsburgh, PA 15242-0346
13673020        E-mail/Text: cashiering-administrationservices@flagstar.com Jul 28 2017 01:21:27
                 Flagstar Bank, FSB,    5151 Corporate Drive, Suite 200,    Troy, MI 48098
13673023        E-mail/Text: cio.bncmail@irs.gov Jul 28 2017 01:20:34      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13747005        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 01:24:11
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13873069        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 01:24:12
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13678923        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:20:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank Of America, N.A.
cr              Bank Of America, N.A., et. al.
cr              JP Morgan Chase Bank NA
cr*             Pennsylvania Department Of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA   17128-0946
                                                                                TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: kthe             Page 2 of 2            Date Rcvd: Jul 27, 2017
                              Form ID: pdf900        Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    JP Morgan Chase Bank NA agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Dai  Rosenblum    on behalf of Debtor Melanie K Petridis dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          James  Warmbrodt    on behalf of Creditor    JP Morgan Chase Bank NA bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jerome B. Blank    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Matthew Gregory Brushwood    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert P. Wendt    on behalf of Creditor    Bank Of America, N.A., et. al. pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```