IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MELANIE K PETRIDIS

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:13-22927

Chapter 13
Related to:
Document No.: 166

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __19th__ day of __September__, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE

kmt

FILED
9/19/17 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Melanie K Petridis  
    Debtor

Case No. 13-22927-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 2     Date Rcvd: Sep 19, 2017  
                      Form ID: pdf900    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2017.

```
db           +Melanie K Petridis,    164 Mulberry Lane,    Slippery Rock, PA 16057-1001
13673009     +BAC Home Loans LP,    450 American Street,    Simi Valley, CA 93065-6285
14383145      BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
13673010      Bank of America,    Bankruptcy Dept.,    P.O. Box 15168,    Wilmington, DE 19850-5168
13714368     +Bank of America, NA,    7105 Corporate Drive,    Plano, TX 75024-4100
13673011      Butler Memorial Hospital,    P.O. Box 37171,    Baltimore, MD 21297-3171
13673013    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,    P.O. Box 5155,    Norcross, GA 30091)
13730093     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13673012      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13673014      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13673015      Chase Freedom/Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19886-5153
13673017      Direct Merchant Bank,    Cardmember Services,    P.O. Box 5894,    Carol Stream, IL 60197-5894
13673018     +ER Solutions,    P.o. Box 9004,    Renton, WA 98057-9004
13673019     +Fannie Mae,    3900 Wisconsin Ave NW,    Washington, DC 20016-2892
13673021     +George Petridis,    164 Mulberry Lane,    Slippery Rock, PA 16057-1001
13673022      Indiana Regional Medical Center,    P.O. Box 788,    Indiana, PA 15701-0788
13751364     +JPMorgan Chase Bank, N.A.,    P.O. Box 24785,    Columbus, OH 43224-0785
13673024     +NAFS,    165 Lawrence Bell Drive,    Ste. 100,    Buffalo, NY 14221-7900
13673025     +Phelan Hallinan Schmieg,    555 Grant St.,    Suite 360,    Pittsburgh, PA 15219-4411
13673026     +Richard J. Boudreau, Esq.,    5 Industrial Way,    Salem, NH 03079-4866
13673027      Sunrise Credit Services Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 01:30:20
              PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13730035     +E-mail/Text: bncmail@w-legal.com Sep 20 2017 01:22:56     ALTAIR OH XIII, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13673008      E-mail/Text: roy.buchholz@allianceoneinc.com Sep 20 2017 01:22:18     Alliance One,
              P.O. Box 3107,    Southeastern, PA 19398-3107
13673016      E-mail/Text: kcarter@creditmanagementcompany.com Sep 20 2017 01:23:05
              Credit Management Company,    P.O. Box 16346,    Pittsburgh, PA 15242-0346
13673020      E-mail/Text: cashiering-administrationservices@flagstar.com Sep 20 2017 01:23:11
              Flagstar Bank, FSB,    5151 Corporate Drive, Suite 200,    Troy, MI 48098
13673023      E-mail/Text: cio.bncmail@irs.gov Sep 20 2017 01:22:24     Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13747005      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 01:51:54
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13873069      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 01:30:07
              Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13678923      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2017 01:22:43
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg PA 17128-0946
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank Of America, N.A.
cr             Bank Of America, N.A., et. al.
cr             JP Morgan Chase Bank NA
cr*            Pennsylvania Department Of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA   17128-0946
                                                                                    TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                Signature:   /s/Joseph Speetjens

```
District/off: 0315-2         User: mgut                  Page 2 of 2                Date Rcvd: Sep 19, 2017
                             Form ID: pdf900             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JP Morgan Chase Bank NA agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Dai  Rosenblum    on behalf of Debtor Melanie K Petridis dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              James  Warmbrodt    on behalf of Creditor    JP Morgan Chase Bank NA bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Matthew Gregory Brushwood    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    Bank Of America, N.A., et. al. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```